AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOSEPH EDWARD ALLEN

## JUDGMENT IN A CIVIL CASE

**v.**

JOSE M. VASQUEZ, Warden

CASE NUMBER:   CV206-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated December 1, 2006, adopting the Report

and Recommendation of the U.S. Magistrate Judge  denying the Petition

for writ of habeas corpus, filed pursuant to 28 U.S.C. Section 2241, judgment of

dismissal is hereby entered and this case stands dismissed.

December 1, 2006
_____
*Date*

Scott L. Poff
_____
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03